THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* CUTHBERT RAMSEY, Appellant.

*People v. Ramsey,* 179 App. Div. 523, appeal dismissed.

(Submitted March 5, 1918; decided March 19, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 12, 1917, affirming an order of the St. Lawrence County Court affirming a judgment of a Justice's Court

rendered upon a verdict convicting the defendant of hunting without a license in violation of section 185 of the Conservation Law of the state of New York.

*Forrest K. Moreland* for appellant.

*James C. Dolan, District Attorney,* for respondent.

Appeal dismissed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.